**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

MONTEGO MCCLURE,
ADC #145695                                                                                    PLAINTIFF

v.                                          4:20-cv-00147-JM-JJV

JOSEPH BIVENS, Lieutenant,
Varner Unit Super Max, ADC                                                        DEFENDANT

## <u>ORDER</u>

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

Joe J. Volpe and Plaintiff's objections.   After conducting a *de novo* review, this Court adopts the

Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1.        The Amended Complaint (Doc. No. 4) is DISMISSED WITHOUT PREJUDICE

for failure to state a claim upon which relief may be granted.

2.        Dismissal of this action is a "strike" for purposes of 28 U.S.C. § 1915(g).

3.        It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal

from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 3rd day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE