IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MONTEGO MCCLURE,
ADC #145695                                                                                           PLAINTIFF

v.                                      4:20-cv-00147-JM-JJV

JOSEPH BIVENS, Lieutenant,
Varner Unit Super Max, ADC                                                              DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 3rd day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE